**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7198

CHARLIE EDWARD MCCLINTON,

                              Plaintiff - Appellant,

        versus

CHRIS HARRIS, of Probation, Pardon & Parole
Services; MITCH TUCKER, of Probation, Pardon &
Parole Services,

                              Defendants - Appellees,

        and

JOHN EWING, JR., of the Richland County
Sheriff's Department; ELLIS PEARSON, of the
Richland County Sheriff's Department; H. J.
POOLES, of the Richland County Sheriff's
Department; STATE OF SOUTH CAROLINA; ERIN
GADDY; DANITA WALLACE; REGINALD I. LLOYD,
Richland County Circuit Court Judge,

                              Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (6:05-cv-02999-PMD)

Submitted:  November 15, 2006          Decided:  November 22, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Charlie Edward McClinton, Appellant Pro Se. Tommy Evans, Jr., SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Edward McClinton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McClinton v. Ewing, No. 6:05-cv-02999-PMD (D.S.C. June 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED